

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-72,736-05

### IN RE DARRELL MYHAND, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. FR-63241 IN THE 264TH DISTRICT COURT
### FROM BELL COUNTY

*Per curiam*.

### O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus under this Court's original jurisdiction. He contends that he filed a motion for judgment *nunc pro tunc* in the trial court on February 27, 2018, but that the trial court has not ruled on the motion.

A trial court has a ministerial duty to rule upon a properly filed and timely presented motion but generally has no ministerial duty to rule a certain way on the motion. *State ex rel. Young v. Sixth Jud. Dist. Court of Appeals*, 236 S.W.3d 207, 210 (Tex. Crim. App. 2007).

Respondent, the Judge of the 264th District Court, shall within thirty days from the date of this order respond as to whether Relator's motion for judgment *nunc pro tunc* has been filed in that court, and if so, whether the trial court has ruled on the motion. This motion for leave to file will

be held until Respondent has complied with this order.

Filed: December 16, 2020
Do not publish